

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2019

No. 04-19-00046-CV

Angel **SUAREZ,**
Appellant

v.

**UNIVISION RADIO CORPORATION,**
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-21079
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

By order dated March 20, 2019, appellant was ordered to provide proof to this court that the reporter's fee had been paid or arrangements had been made to pay the reporter's fee. The order further stated that if appellant failed to respond to the order by April 1, 2019, appellant's brief would be due by April 22, 2019, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. Neither the brief nor a motion for extension of time has been filed.

It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why his appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). We note the appellee has a pending cross-appeal. If appellant's appeal is dismissed for want of prosecution, the appeal will be restyled with appellee as the appellant, and appellee will be ordered to provide proof of payment for the reporter's record.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court